# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW MORENO,<br><br>        Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, INC.; and DOES 1-50, inclusive,<br><br>        Defendants. | CASE NO.: 8:19-cv-02489 AB (FFMx)<br><br>[Removed from Orange County Superior Court – Case No. 30-2019-01113061-CU-BC-CJC]<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Action Filed: November 20, 2019 |

    Plaintiff MATTHEW MORENO and defendant FORD MOTOR COMPANY, by and through their respective attorneys of record, stipulate that the entire action be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties further stipulate that each side shall be responsible for and bear its own costs, expenses and attorney's fees.

    THEREFORE, **IT IS HEREBY ORDERED** that the entire action is dismissed with prejudice.

    **IT IS SO ORDERED.**

Dated: December 6, 2021

By: _____
HON. ANDRE BIROTTE, JR.
UNITED STATES DISTRICT COURT JUDGE